UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALYSON THOMAS,<br><br>        Plaintiff,<br><br>  v.<br><br>ANTELOPE VALLEY UNION HIGH SCHOOL DISTRICT,<br><br>        Defendant. | Case No.: C 07-0790 PVT<br><br>**ORDER SETTING DEADLINE FOR DEFENDANT TO NOTIFY THE COURT WHETHER IT WILL WAIVE SERVICE OF SUMMONS;**<br><br>**AND**<br><br>**CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE** |

       On June 25, 2007, Defendant filed a Motion to Quash Service of Process and Dismiss for Lack of Jurisdiction. Plaintiff opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order, and to continue the hearing on Defendant's motion and the Case Management Conference. Based on the moving, opposition and reply papers, and the file herein,

       IT IS HEREBY ORDERED that no later than August 3, 2007, Defendant shall file and serve notice of whether or not it will waive service of summons in accordance with the spirit of Federal Rule of Civil Procedure 4(d). In the event Defendant notifies the court and Plaintiff that it waives such service, it will have 75 days from the date of that notice to respond to the complaint.

       IT IS FURTHER ORDERED that, in light of Defendant having received actual knowledge of

the complaint, and having obtained a copy of the complaint, the court finds the interests of justice will be best served by extending until November 1, 2007,[1] the time within which Plaintiff, who is proceeding *in pro per*, must complete proper service of the summons and complaint (unless waived by Defendant).

IT IS FURTHER ORDERED that the hearing on Defendant's motion is continued to August 14, 2007 at 10:00 a.m. In light of the fact that Defendant failed to properly address the copy of its motion, and the resulting delay in service of the motion upon Plaintiff, Plaintiff may supplement her opposition papers if she so wishes. Any such supplemental opposition papers shall be filed and served (by mail addressed to Defendant's attorney) no later than August 6, 2007. Any supplemental reply may be filed no later than August 10, 2007.

IT IS FURTHER ORDERED that the Case Management Conference is continued to on October 16, 2007 at 2:00 p.m.

Dated: *7/27/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This will allow sufficient time for Plaintiff to send a Rule 4(d) request to waive service to Defendant in the event Defendant does not voluntarily do so by August 3rd, and, if Defendant still does not waive service in response to Plaintiff's Rule 4(d) request, for Plaintiff to have Defendant properly served (with all associated costs to be ultimately reimbursed to Plaintiff by Defendant pursuant to Rule 4(d)).

1
2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  copies mailed on   *7/27/07*        to:
5  Alyson Thomas
   34 Huerta Street
6  Greenfield, CA  93927
7
8
                                             */s/   Donna Kirchner*
9                                         CORINNE LEW
                                          Courtroom Deputy
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28