|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ALYSON THOMAS,             ) | Case No.: C- 07-790  PVT |
|---|---|
|                             ) | |
|             Plaintiff,      ) | **ORDER VACATING HEARING** |
|                             ) | **DATE FOR MOTION TO DISMISS** |
|     v.                      ) | |
|                             ) | **(Re: Docket No. 12)** |
| ANTELOPE VALLEY UNION HIGH  ) | |
| SCHOOL DISTRICT,            ) | |
|                             ) | |
|             Defendants.     ) | |

Defendant's Motion to Dismiss or Transfer is currently set for hearing on August 14, 2007.  The Court finds that this motion is suitable for adjudication on the papers. *See* Civ. L.R. 7-1(b).  Accordingly,  IT IS HEREBY ORDERED that the August 14, 2007 hearing date is VACATED and the motion shall be adjudicated on the papers submitted.

IT IS SO ORDERED

Dated: August  8,  2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1 | copies mailed on    8/8/07       to:

2 | Plaintiff

3 | Alyson Thomas
  | 34 Huerta Street
4 | Greenfield, CA 93927

                                  /s/ Corinne Lew
                                  CORINNE LEW
                                  Courtroom Deputy